## A08A2143. DZIWURA v. BRODA.
(705 SE2d 873)

DILLARD, Judge.

In *Broda v. Dziwura*, 286 Ga. 507 (689 SE2d 319) (2010), the Supreme Court of Georgia reversed the judgment of this Court in *Dziwura v. Broda*, 297 Ga. App. 1 (696 SE2d 400) (2009). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment affirmed. Andrews and Doyle, JJ., concur.*

DECIDED JANUARY 5, 2011.

*Rodney S. Shockley*, for appellant.

*Fried, Rogers & Goldberg, Michael L. Goldberg, Harper, Waldon & Craig, John B. Craig, Goodman, McGuffey, Lindsey & Johnson, Stephanie F. Glickauf*, for appellee.